UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA G. HALE, | § | |
|     *Plaintiff,* | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 4:16-CV-1189 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
|     *Defendant.* | § | |

## **FINAL JUDGMENT**

The Court having granted Defendant, United States of America's Motion for Summary Judgment (Doc. #150), and having dismissed all remaining claims in accordance with its recent Order (Doc. #177), hereby

**ORDERS** that Sandra G. Hale's case is **DISMISSED WITH PREJUDICE**.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Houston, Texas, on this _____ day of March, 2019.

_____
ALFRED H. BENNETT
United States District Judge